A CERTIFIED TRUE COPY
ATTEST

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: GENETICALLY MODIFIED RICE LITIGATION            MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

By Dana Stewart on Sep 17, 2009

**Sep 01, 2009**

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**                              MDL No. 1811


### SCHEDULE CTO-33 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**                        **CASE CAPTION**

ARKANSAS EASTERN
   ARE  1   09-36            Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-109           Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-110           B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
   ARE  2   09-111           Henry Kelly v. Bayer CropScience, LP, et al.
   ARE  2   09-116           Kirk Brann, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-118           Stanley Bosnick v. Bayer CropScience, LP
   ARE  2   09-119           Eloise Bosnick Family Trust v. Bayer CropScience, LP
   ARE  2   09-120           Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
   ARE  2   09-121           Bosnick Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-126           Dean Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-127           Jay Reiman, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-128           Darrell Brady, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-129           Steve Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-130           Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-131           Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
   ARE  3   09-132           Bullard Farms, Inc., et al. v. Bayer AG, et al.
   ARE  3   09-134           Louiese Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-135           Ninety-Six Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-136           South Bayou Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-137           Tool Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-138           BC&MC Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-139           Blue Lake Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-140           Bosnick Family Trust v. Bayer CropScience, LP
   ARE  3   09-141           Long Grain Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-142           Long Rows, Inc. v. Bayer CropScience, LP
   ARE  4   09-677           Lane Oliver, et al. v. Bayer CropScience, LP, et al.
   ARE  4   09-678           Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-230           Jason Smith, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-231           Rick Siems, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-232           Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-234           Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-235           Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-237           Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-239           Billy M. Long, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-240           Greg Hackney, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-241           James M. Craig, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-242           Wade Richter, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-243           Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-244           Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**               **CASE CAPTION**

ARKANSAS EASTERN
   ARE  5  09-245               Brad Haynes, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-246               James Noble, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-247               Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-248               Curt Moore, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-249               John Worring, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-250               Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-251               Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-252               Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-253               Roy McCollum, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-254               Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-255               Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-256               Brooks Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-257               John Ross, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-258               Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-259               Gary Stone, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-260               Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-261               Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-262               Talka Corp. v. Bayer CropScience, LP
   ARE  5  09-263               Stanley Welty v. Bayer CropScience, LP
   ARE  5  09-264               W.N. Gillison Revocable Trust v. Bayer CropScience, LP
   ARE  5  09-265               Dave Black, et al. v. Bayer CropScience, LP
   ARE  5  09-266               C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
   ARE  5  09-267               A&K Farms, Inc. v. Bayer CropScience, LP